FILED ENTERED
LOGGED RECEIVED

AUG 11 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

AUDRA RUYTER

    Plaintiff,

vs.

MARYLAND CVS PHARMACY, LLC

    Defendant.

Civil Action No. TDC 14cv2541

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, and for the sole purpose of removing this matter to the United States District Court for District of Maryland, Defendant Maryland CVS Pharmacy, L.L.C.. ("Defendant") hereby provides notice of removal of this action from the Circuit Court of Maryland for Prince George's County, and states:

1.     <u>State Court Action</u>.

Plaintiff Audra Ruyter ("Plaintiff") filed this action against Defendant in the Circuit Court of Maryland for Prince George's County on or about May 2, 2014. Defendant was served with the Summons and Complaint on May 23, 2014. By Consent Motion filed on June 20, 2014, Defendant sough an extension of time to July 7, 2014 to respond to the Complaint. On July 7, 2014, Defendant served its Partial Motion to Dismiss and its Answer to Count II of the Complaint. On July 24, 2014, Plaintiff served both an Opposition to the Partial Motion to Dismiss and a First Amended Complaint. Copies of all process, pleadings, and orders served upon Defendant in the State Court action are attached hereto as <u>Exhibit 1</u>.

2. <u>Federal Question Jurisdiction</u>

In her Amended Complaint, Plaintiff asserts a claim against Defendant alleging a violations of the Fair Labor Standards Act, 29 U.S.C. § 201 <u>et seq.</u> (Am. Compl. ¶¶ 41-44.) The Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331. The Court has jurisdiction over the other claims in Plaintiff's First Amended Complaint claims pursuant to 28 U.S.C. § 1367(a), 28 U.S.C. § 1441(c) and general principles of supplemental jurisdiction.

3. <u>Timeliness of Notice of Removal</u>.

Defendant was served with the First Amended Complaint on July 24, 2014. Removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

4. <u>Venue.</u>

Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the District of Maryland, Southern Division, which encompasses Prince George's County, Maryland, the place where the state court action was pending.

5. <u>Notice</u>.

Pursuant to 28 U.S.C. §1446(d), copies of this Notice of Removal are being served on Plaintiff's counsel and upon the Clerk of the Circuit Court of Maryland for Prince George's County. A copy is attached hereto as <u>Exhibit 2</u>.

By filing this Notice of Removal, Defendant does not waive, either expressly or impliedly, its rights to assert any defense it could have asserted in the Circuit Court of Maryland for Prince George's County. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant requests this civil action be removed in its entirety from the Circuit Court of Maryland for Prince George's County, to the United States District Court for the

District of Maryland, Southern Division; this Court assume full jurisdiction of this cause; and this Court take all further action deemed just and proper.

Dated: August 11, 2014

By: *Thomas McCally* /signed w/ permission by NPC
Thomas L. McCally, #391937
CARR MALONEY P.C.
2000 L Street, NW
Suite 450
Washington, DC  20036
Telephone:  202.310.5500
Facsimile:   202.310.5555

Attorneys for Defendant
MARYLAND CVS PHARMACY, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2014, the foregoing was sent via first class mail to the following:

Richard A. Finci, Esq.
Benjamin C. Marcoux, Esq.
HOULON, BERMAN, BERGMAN, FINCI, LEVENSTEIN & SKOK, LLC
7850 Walker Drive
Suite 160
Greenbelt, MD  20700

Attorneys for Plaintiff Audra Ruyter

*Thomas McCally* /signed w/ permission by NPC
Thomas L. McCally